IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

CHELSEA OSTEEN, )
               Plaintiff, )
                )
vs. )     No. 3:25-CV-03148-B (BT)
                )
GODSEY MARTIN PC )
                )
           Defendant. )     Referred to U.S. Magistrate Judge

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are **ACCEPTED** as the Findings and Conclusions of the Court.  By separate judgment, the plaintiff's case will be dismissed pursuant to Federal Rule of Civil Procedure 41(b).

SIGNED this 26th day of May, 2026.

JANE J. BOYLE
SENIOR UNITED STATES DISTRICT JUDGE